May 27, 2005

Mr. Shawn Casey
Law Office of Shawn Casey
5433 Westheimer, Suite 920
Houston, TX 77056-5375
Ms. Ingrid Philipson
550 Post Oak Blvd, Suite 350
Houston, TX 77027

RE: Case Number: 04-1044
 Court of Appeals Number: 01-04-01179-CV
 Trial Court Number: 99-24073

Style: IN RE JIM GAWERC

Dear Counsel:

 Pursuant to Texas Rule of Appellate Procedure 52.8(c), without hearing
oral argument, the Court grants the petition for writ of habeas corpus and
orders relator discharged in the above-referenced cause. See enclosed per
curiam opinion.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Sheriff Tommy |
| |Thomas |
| |Mr. Charles |
| |Bacarisse |
| |Ms. Margie Thompson|